

April 24, 2023

VIA ECF
Hon. Judge Lorna G. Schofield
United States District Judge
500 Pearl Street
New York, New York 10007

RE:  BRADSHAW V. BLUEPRINT LIGHTING LLC, et al.
**Docket 1:23-cv-02290-LGS**

Dear Judge Schofield:

    This firm represents plaintiff, Gary Bradshaw, in the above referenced matter. The Parties submit this correspondence jointly to request an adjournment of the initial pretrial conference, currently scheduled for May 3, 2023. This is the first request for an adjournment of the conference.

    The defendants in this case only recently appeared and filed an answer on April 14, 2023. As such, the parties have not had sufficient time to comply with Your Honor's order dated March 21, 2023 (ECF 5), which requires the parties to prepare a case management plan, proposed scheduling order, and a joint letter.

    Accordingly, the parties jointly request that the conference be adjourned for 30 days to allow for sufficient time to comply with Your Honor's order.

    Thank you for your attention to this matter.

Sincerely,

*Gabriel Levy*

Gabriel Levy, Esq.

---

Application **granted in part**.  The initial pretrial conference scheduled for May 3, 2023, is adjourned to **May 10, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **May 3, 2023, at 12:00 P.M.**

Dated: April 25, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE